No. 80–735. BELLINGHAM FROZEN FOODS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 80–821. JOHNSTON ET AL. v. SILVA ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–831. BRONNER v. FULTON ET AL. Sup. Ct. Ala. Certiorari denied.

No. 80–834. HIGHLANDERS, INC., ET AL. v. ROTHMAN, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 80–836. SIMMONS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 80–838. EVANS ET AL. v. CENTRAL PIEDMONT COMMUNITY COLLEGE. C. A. 4th Cir. Certiorari denied.

No. 80–842. KELLY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 80–849. JEFFERSON TRUCKING Co., INC. v. CHAUFFEURS, TEAMSTERS, WAREHOUSEMEN & HELPERS, LOCAL UNION No. 135. C. A. 7th Cir. Certiorari denied.

No. 80–857. McQUEENEY v. GLENN ET AL. Ct. App. Ind. Certiorari denied.

No. 80–861. BAGNALL ET AL. v. AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL.; and

No. 80–886. AIR LINE PILOTS ASSN., INTERNATIONAL v. BAGNALL ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 626 F. 2d 336.